

James D. Burnside III, #75977
Ryan W. Corrigan, # 227975
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590

Attorneys for Plaintiff
KITAHARA PONTIAC GMC BUICK, INC., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT, FRESNO DIVISION

| | |
|---|---|
| KITAHARA PONTIAC GMC BUICK, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JIM TUCK, d.b.a. FUN CARS,<br><br>Defendants. | Case No.  06-CV-00818-OWW-DLB<br><br>**ORDER DISMISSING ACTION PURSUANT TO F.R.C.P. 41(a)(1) AND ORDERING THE CASE CLOSED** |

In this action for damages and injunctive relief, plaintiff Kitahara Pontiac GMC Buick, Inc., ("Plaintiff") has moved to dismiss the action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The court has reviewed the docket report and has determined that no defendant has yet filed a motion for summary judgment or answer to the complaint  Therefore, the provisions of Rule 41(a)(1) apply.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides, in pertinent part:

(1) By Plaintiff; by Stipulation. . . . an action may be dismissed by the

plaintiff without order of court (i) by filing a notice of dismissal at

any time before service by the adverse party of an answer or of a

motion for summary judgment, whichever first occurs, or (ii) by

filing a stipulation of dismissal signed by all parties who have

appeared . . .

1  Because no answer or motion for summary judgment has been filed in this case,
2  Plaintiff is entitled to dismiss the action as a matter of law.
3  THEREFORE, it is hereby ordered that the above captioned action is hereby
4  DISMISSED without prejudice.  All pending scheduled appearances by any party before the
5  court are hereby VACATED.  The Clerk of the Court shall CLOSE THE CASE.
6
7  IT IS SO ORDERED.
8  Dated: __9/7/06_____                    _____/s/ Oliver W. Wanger_____
                                                                      UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19  F:\WPD\100\10111\018\1662i1577.rwc.doc
20
21
22
23
24
25
26
27
28



[PROPOSED] ORDER DISMISSING ACTION PURSUANT TO F.R.C.P. 41(a)(1) AND ORDERING THE CASE CLOSED

PDF created with pdfFactory trial version www.pdffactory.com