James D. Burnside III, #75977
Ryan W. Corrigan, # 227975
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590

Attorneys for Plaintiff
KITAHARA PONTIAC GMC BUICK, INC., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT, FRESNO DIVISION

| | |
|---|---|
| KITAHARA PONTIAC GMC BUICK, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JIM TUCK, d.b.a. FUN CARS,<br><br>Defendants. | Case No. 06-CV-00818-OWW-DLB<br><br>**AMENDMENT TO ORDER DISMISSING ACTION DATED SEPTEMBER 7, 2006** |

The ORDER DISMISSING ACTION PURSUANT TO F.R.C.P. 41(a)(1) AND ORDERING THE CASE CLOSED entered on September 7, 2006 is hereby amended, pursuant to the request of the plaintiff, to provide that the case is dismissed with prejudice rather than without prejudice.  The clerk of the court is directed to prepare an amended judgment.

IT IS SO ORDERED.

Dated: __September 28, 2006          /s/ OLIVER W. WANGER
                                     UNITED STATES DISTRICT JUDGE

F:\WPD\100\10111\018\1662i1624.rwc.doc

PDF created with pdfFactory trial version www.pdffactory.com